

**New York Lawyers**
**For The Public Interest, Inc.**
151 West 30th Street, 11th Floor
New York, NY 10001-4017
Tel 212-244-4664 Fax 212-244-4570
TTD 212-244-3692  www.nylpi.org

September 25, 2009

The Honorable Steven M. Gold, Chief Magistrate Judge
Eastern District of New York
United States Courthouse
Room 1217
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Joseph S., et al v. Michael F. Hogan, et al., Civ. No. 06 CV 1042 (BMC)(SMG)*

Dear Judge Gold:

    Kindly enter the appearance of Roberta Mueller, Senior Staff Attorney on behalf of New York Lawyers for the Public Interest in the above-captioned case.

    Thank you.

    Respectfully submitted,

Roberta Mueller
Senior Staff Attorney
New York Lawyers for the Public Interest
(RLM-4194)