

Robert H. Rickner
212-745-9542
rrickner@schiffhardin.com

900 THIRD AVENUE
NEW YORK, NEW YORK 10022
t 212.753.5000
f 212.753.5044
www.schiffhardin.com

June 25, 2010

**VIA ELECTRONIC FILING**

Chief Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Joseph S., et al. v. Hogan, et al., E.D.N.Y. # 06-CV-1042 (BMC)(SMG)

Dear Judge Gold:

    The current schedule for expert discovery in this matter requires that sampling and psychiatric expert reports be served by June 25, 2010. Plaintiffs have requested that defendants consent to extend that deadline to June 29, 2010, because the plaintiffs' sampling expert has a family medical emergency and defendants have so consented. Plaintiffs therefore request that the Court extend the deadline for sampling and psychiatric expert reports to June 29th. No other changes to the schedule for expert discovery are necessary.

Respectfully submitted,

Robert Rickner

NY\50825936.1